UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| AMANDA U. AJULUCHUKU | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  C.A. No. 05-197S<br>) |
| ACCOUNTEMPS OF ROBERT HALF | )<br>) |
| Defendants. | )<br>) |

## ORDER

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on July 18, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Complaint is dismissed for failure to state a claim.

By Order,

_____
Deputy Clerk

ENTER:

_____
William E. Smith
United States District Judge

Date: 8/2/05