UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AMANDA U. AJULUCHUKU<br><br>Plaintiff,<br><br>v.<br><br>ACCOUNTEMPS OF ROBERT HALF<br><br>Defendants. | ) | C.A. No. 05-197S |

**ORDER**

The Report and Recommendation of United States Magistrate Judge Jacob Hagopian filed on July 18, 2005, in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). Plaintiff's Complaint is dismissed for failure to state a claim.

By Order,

Deputy Clerk

ENTER:

WESm

William E. Smith
United States District Judge

Date: 8/2/05